AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

SCOTT MATTHEW ARCISZEWSKI

CRIMINAL COMPLAINT

CASE NUMBER: 8:11 MJ1359 MAP

I, Adam R. Malone, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2011, in Hillsborough County, in the Middle District of Florida, defendant Scott Matthew Arciszewski did knowingly cause the transmission of a program, information, code, or command, and as a result of such conduct, intentionally caused damage, without authorization, to a protected computer, in violation of Title 18, United States Code, Section 1030(a)(5)(A). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
ADAM R. MALONE

Sworn to before me and subscribed in my presence,

July 15, 2011                           at           Tampa, Florida

MARK A. PIZZO
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Adam R. Malone, hereinafter referred to as Affiant, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am currently assigned to a cyber squad which investigates violations of Federal Criminal law, including computer intrusions, internet fraud, and the online distribution of child pornography.

On June 21, 2011, at approximately 2:15 p.m., a person using the IP address 132.170.36.136 began to commit computer intrusion of the Tampa Bay Infraguard website, infragardtampabay.org. The servers for that website are located in Sarasota, Sarasota County, Middle District of Florida. The user registered for the website by creating an account with the username "AntiSecTest", the display name "TestingYourSecurity" and the email address "kopwned3248@yahoo.com". Throughout the course of the unauthorized intrusion, the subject successfully uploaded three files named "aspydrv.asp;jpg". The activity from intruder IP address 132.170.36.136 ceased on June 21, 2011, at approximately 2:42 p.m..

On June 21, 2011, at approximately 2:43 p.m., the web page used to upload the vulnerability by IP address 132.170.36.136 was visited by a crawler computer for the website linking service "Bitly.com". At approximately 2:44 p.m., the "Bitly" link was submitted to Twitter.com and was referenced on the Twitter feed for user @VoodooKobra.

On June 21, 2011, the person using the Twitter account "voodooKobra" posted a tweet claiming "Infraguard Tampa has one hell of an exploit". The tweet was sent to the twitter accounts @lulzsec and @FBI PressOffice. Included in the tweet were two "bitly" links, bit.ly/1OdO5P and bit.ly/kLAlPc. The twitter account "voodooKobra"

stated that the user of the account resided in Fort Myers, Florida, and directed visitors to the website www.kobrascorner.com with the instructions "Go here if you want to know me."

The first link, bit.ly/1OdO5P, forwarded to the address http://infragardtampabay.org/Providers/HtmlEditorProviders/Fck/fcklinkgallery.aspx. The second link, bit.ly/kLAIPc, forwarded to the address http://www.exploit-db.com/exploits/12700. The second link provided instructions on how to exploit a version of software used by the infragardtampabay.org website to allow for unauthorized remote file capabilities.

A Google search for the terms "tampa infraguard hack" yielded a result for the website www.kobrascorner.com. The website resolved to the IP address 216.69.186.160 and is hosted by GoDaddy.com.

A Google search for "VoodooKobra" returned a Wikipedia.com result for User:VoodooKobra. The wikipedia entry was created on August 5, 2009. The entry lists the real name for VoodooKobra as Scott Arciszewski and a webpage for VoodooKobra titled "Kobra's Realm" at www.kobrasrealm.net and "Kobra's Corner" at www.kobrascorner.com.

A DAVID search for Scott Arciszewski in Florida returned one result for Scott Matthew Arciszewski, FLDL A622-***-**-***-*, date of birth **-**-1989.

On June 21, 2011, at approximately 5:01 p.m., a post was made on the website www.kobrascorner.com in which the owner of the website took credit for finding a vulnerability on the Tampa Infragard website within 5 minutes. Additionally, the website posting included instructions on how to exploit the Tampa Infraguard website.

On July 6, 2011, the University of Central Florida (UCF) provided information to writer advising that on June 21, 2011, at 2:15 p.m. EST, the IP address 132.170.36.136 established a TCP connection to IP address 72.243.236.37 via port 80, HTTP. IP address 72.243.236.37 is assigned to infragardtampabay.org. IP address 132.170.36.136 became internal private IP address 10.41.32.115 within the UCF computer network and was assigned to user Scott M Arciszewski. Scott M. Arciszweski was confirmed by UCF to be a current student at UCF and residing in student housing, UCF Tower 3, 132 East Plaza Drive, Room 309D, UCF Campus.

On June 21, 2011, a person using the account nickname "voodooKobra" posted a thread on the website www.hackforums.net which provided a link to the Tampa Infraguard website as well as instructions to exploit the website. The account avatar was a picture of a caucasian male which matches the drivers license photograph for Scott Matthew Arciszewski, FLDL A622-***-**-***-*.

Within minutes of the voodooKobra posting on hackforums.net, several users responded to the post. Concurrently, approximately 15 additional intrusion attempts were made against the infragardtampabay.org website. Approximately 7 of those attempts were successful in uploading content to the website. The following user accounts participated in the forum discussion: "mirkie", "example", "hax0r^", "baby_face_xB", "7533572", "xX1TALYXx", "T@kU", and "kthx".

A Facebook account was located for Scott Arciszewski. The profile picture for the account matched the drivers license photograph for Scott Matthew Arciszewski, FLDL A622-***-**-***-*. The Facebook profile directs viewers to the website www.kobrascorner.com as a contact for Scott Arciszewski.

The three files uploaded by Scott Arciszewski caused damage to the server by impairing the integrity of the server.

Based on training and experience, Affiant believes there is sufficient probable cause to believe that Scott Matthew Arciszewski, FLDL A622-***-**-***-*, date of birth **-**-1989, has committed violations of Title 18, United States Code, Section 1030(a)(5)(A), and related sections involving intrusions and related activity in connection with computers.

Further, your affiant sayeth naught.

_____
ADAM R. MALONE
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 15th day of July 2011 in Tampa, Florida.

_____
MARK A. PIZZO
United States Magistrate Judge