UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 8:11-CR-622-T-33TBM |
| : | 18 U.S.C. §1030(a)(5)(B) |
| SCOTT MATTHEW ARCISZEWSKI : | |

NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

ELEMENTS OF OFFENSE

The essential elements of a violation of 18 U.S.C. §1030(a)(5)(B) are as follows:

First:   That the defendant knowingly accessed a protected computer without authorization;

Second:   That the defendant intended to access a protected computer without authorization and recklessly cause damage; and

Third:   That the damage resulted in affecting a computer system used by or for a government entity in furtherance of the administration of justice, national defense, or national security.

MAXIMUM PENALTY

The penalty for the offense charged in Count One of the Indictment is:

Imprisonment for not more than five years;

Supervised release for not more than three years;

Fine of not more than $250,000; and a

Special Assessment of $100.

FACTUAL BASIS

Defendant Scott Matthew Arciszewski was born in 1989 and is a full time student at the University of Central Florida (UCF), located in Orlando, Orange County, Middle District of Florida.

On June 21, 2011, at approximately 2:15 p.m. EST, the defendant, using the IP address 132.170.36.136 assigned to UCF, began to access the Tampa Bay Infragard website, infragardtampabay.org.  The Tampa Bay Infragard website is hosted by the computer servers belonging to Sylint Corporation, a computer security company.  The Tampa Bay Infragard website is used by and for the Federal Bureau of Investigation, an entity of the United States Government, in furtherance of the administration of justice, national defense and national security.  The servers of this website are located in Sarasota, Sarasota County, Middle District of Florida, and are accessible by individuals using Internet connections.

The defendant registered for the website by creating an account with the username "AntiSecTest," the display name "TestingYourSecurity," and the email address "[kopwned3248@yahoo.com](mailto:kopwned3248@yahoo.com)."  Throughout the course of the unauthorized intrusion, the defendant successfully uploaded three files named "aspydrv.asp;jpg."  The intrusion lasted approximately 27 minutes.

The three files uploaded by the defendant caused damage to the server by impairing the integrity of the server.

On the same day, minutes after the intrusion, the defendant posted a thread on the website [www.hackforums.net](http://www.hackforums.net) which provided a link to the Tampa Bay Infragard website as well as instructions on how to exploit the website.  Within minutes of this posting on hackforums.net, several hackers responded to the post and at least 15 intrusion attempts were made against the infragardtampabay.org website, with 7 of those attempts being successful in uploading content to the website.

The damages incurred by Sylint Corporation, the victim company that hosted the Infragard website, was in excess of $5,000.00.

On July 19, 2011, a search warrant was executed on defendant Arciszweski's UCF campus residence and the defendant was arrested by agents of the FBI. Post-<u>Miranda</u>, the defendant confirmed that he had accessed the Tampa Bay Infragard website without authorization and had posted the vulnerable access points of the Infragard website to www.hackforums.net, a website used by computer hackers worldwide.

                Respectfully submitted,

                ROBERT E. O'NEILL
                United States Attorney

By:   <u>s/ Donald L. Hansen</u>
       DONALD L. HANSEN
       Assistant United States Attorney
       USAO No. 060
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:  (813) 274-6000
       Facsimile:  (813) 274-6178
       E-mail:  Don.Hansen@usdoj.gov

U.S. v. Scott Matthew Arciszewski          Case No. 8:11-CR-622-T-33TBM

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 A. Fitzgerald Hall, Esquire
 Assistant Federal Public Defender

           *s/ Donald L. Hansen*
           DONALD L. HANSEN
           Assistant United States Attorney