UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Case No.  8:11-CR-622-T-33TBM |
| | : |
| SCOTT MATTHEW ARCISZEWSKI | : |

## SATISFACTION OF JUDGMENT

The special assessment and restitution imposed upon Defendant Scott Matthew Arciszewski by the criminal judgment filed herein on April 19, 2012, in the above-entitled cause has been paid.  The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and criminal restitution ordered in this case.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   s/*Suzanne C. Nebesky*_____
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
Financial Litigation Unit/ CLL
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6048
Facsimile:    (813) 274-6247
E-mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

      Scott Matthew Arciszewski
      Orlando, FL  32825

      s/Suzanne C. Nebesky_____
      Assistant United States Attorney